UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MAGISTRATE ACTION NO. C-05-718-2 |
| | § | |
| HUMBERTO CANAS-AMAYA, | § | |
| | § | |
| Defendant. | § | |

**OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. §

3142(f).  The following requires detention of the defendant pending trial in this case:

(1)      There is a serious risk that the defendant will not appear for court as required; and

(2)      There is a serious risk that the defendant will endanger the safety of another person or

the community.

The evidence against the defendant is substantial.  The findings and conclusions contained in

the Pretrial Services Report are adopted.  The defendant faces deportation if convicted and has ties El

Salvador.

The defendant is committed to the custody of the Attorney General or his designated

representative for confinement in a corrections facility separate, to the extent practicable, from persons

awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded

a reasonable opportunity for private consultation with defense counsel.  On order of a court of the

United States or on request of an attorney for the Government, the person in charge of the corrections

facility shall deliver the defendant to the United States marshal for the purpose of an appearance in

connection with a court proceeding.

ORDERED this 30th day of November, 2005.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE